Leavengood, Nash, Dauval & Boyle,
3900 First Street North, Suite 100
St. Petersburg, FL 33703

Tel: 727.327.3328
Fax: 727.327.3305
www.LeavenLaw.com



# Fax

LEAVENGOOD, NASH, DAUVAL & BOYLE, P.A.
ATTORNEYS AT LAW

| To:<br>Collections Representative | Office/Company:<br>National Patient Account Services collecting for Brandon Regional Hospital |
|---|---|
| Fax No.:<br>877-405-6032 (NPAS) | Re:<br>Don and Vera Dolan (as individuals, and as the responsible parties for their minor children, Nicholas Dolan and Lucas Dolan,)<br>Account No.'s 720332725, 720332701, 720332737, and 720332749, respectively |
| From: Katherine Boore<br>  Assistant to Michael J. Boyle, Esq. | Date: 12/18/2012 |
| Number of Pages (including cover sheet): 1 | To confirm receipt/missing pages, please call:<br>727.327.3328 |

Dear Collections Representative,

Please be aware that this law firm (see above for contact information) represents Don and Vera Dolan with regard to their August 27, 2012 automobile accident (the "Automobile Accident") and any debts arising therefrom, including the above referenced account and any other accounts or debts related to the treatment of injuries Mr. and Mrs. Dolan and their children, Nicholas Dolan and Lucas Dolan, sustained as a result of the Automobile Accident. Any further direct communication with our clients will be in violation of F.S.A. § 559.72(18) which provides in part that:

"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of ... such attorney's name and address."

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact our office (contact information listed above).

Sincerely,

Katherine Boore, Legal Assistant to Michael J. Boyle, Esq.
Leavengood, Nash, Dauval & Boyle, PA

cc:  Brandon Regional Hospital (via US Mail only)
     31975 US 19 North, Palm Harbor, FL 34684

EXHIBIT A1

Confidentiality Notice: This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information is strictly prohibited.