Unless you notify th._ office within 30 days after receiving this notice thai , _u dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Calls to or from this company may be monitored and/or recorded for quality assurance purposes.

| CHECK ONE: _____ [MASTERCARD logo] MASTERCARD _____ [VISA logo] VISA |
|---|
| ACCOUNT NUMBER _____ EXP DATE _____ |
| CARDHOLDER NAME _____ |
| CARDHOLDER SIGNATURE _____ |
| AMOUNT OF PAYMENT $_____ |

THCAICY1-1120-416550016-01 134-1134


EXHIBIT
B2